UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE JOHNSON,

    Plaintiff,

                                  Case No. 15-13768

v.

                                  Hon. John Corbett O'Meara

MOLINA MUTUAL AGENCY,

    Defendant.

_____/

**ORDER GRANTING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* AND DISMISSING COMPLAINT**

Appearing pro se, Plaintiff Dale Johnson filed a complaint and application to proceed without prepayment of fees on October 26, 2015. The court finds Plaintiff's application to proceed *in forma pauperis* to be facially sufficient and, therefore, grants Plaintiff's motion to proceed without prepayment of fees. See 28 U.S.C. § 1915(a); Gibson v. R.G. Smith Co., 915 F.2d 260, 262 (6th Cir. 1990).

Once a court grants a plaintiff permission to proceed *in forma pauperis*, it must review the complaint pursuant to 28 U.S.C. § 1915(e). The court "shall dismiss" the case if the court finds that it is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).

The complaint states, in its entirety, "Molina refuses to confirm my Tax I.D. number while my children are being held ransom." The complaint fails to set forth a sufficient factual basis to state a claim for relief. Under Fed. R. Civ. P. 8(a)(2), a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." See also Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007). In addition, the complaint does not set forth any basis for federal jurisdiction. See 28 U.S.C. §§ 1331, 1332.

Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED for failure to state a claim and for lack of subject matter jurisdiction.

s/John Corbett O'Meara
United States District Judge

Date: November 12, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 12, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager

-2-